**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6851**

WALTER DOUGLAS JENKINS,

        Petitioner - Appellant,

      v.

LESLIE FLEMING,

        Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:16-cv-00018-CMH-TCB)

Submitted: October 18, 2016      Decided: October 21, 2016

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Walter Douglas Jenkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Douglas Jenkins appeals the district court's order denying his motion to reopen the time to file an appeal pursuant to Fed. R. App. P. 4(a)(6). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny Jenkins' motion for a certificate of appealability, and affirm for the reasons stated by the district court. Jenkins v. Fleming, No. 1:16-cv-00018-CMH-TCB (E.D. Va. filed June 6, 2016; entered June 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED